IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS WELFARE FUND; NORTHWEST SHEET METAL WORKERS PENSION FUND; and NORTHWEST SHEET METAL WORKERS SUPPLEMENTAL PENSION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>REFRIGERATION & FOOD EQUIPMENT, INC.,<br><br>Defendant. | Case No. 2:18-cv-00170-RSM<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF INITIAL SCHEDULING DATES |

IT IS HEREBY ORDERED that the dates for initial disclosures and submission of the Joint Status Report and Discovery Plan are:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 4/8/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 4/15/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 4/22/2018 |

ORDER - Page 1

DATED this 23rd day of March, 2018.

 _____
 RICARDO S. MARTINEZ
 CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Noah T. Barish
Noah T. Barish
WSBA No. 52077
Telephone: 503-821-0960
Email: nbarish@mbjlaw.com
MCKANNA BISHOP JOFFE, LLP
Of Attorneys for Plaintiffs

ORDER - Page 2

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121

ORDER - Page 3

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121