IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST SHEET METAL WORKERS WELFARE FUND; NORTHWEST SHEET METAL WORKERS PENSION FUND; and NORTHWEST SHEET METAL WORKERS SUPPLEMENTAL PENSION TRUST,

Plaintiffs,

v.

REFRIGERATION & FOOD EQUIPMENT, INC.,

Defendant.

Case No. 2:18-cv-00170-RSM

ORDER ON STIPULATED MOTION FOR EXTENSION OF INITIAL SCHEDULING DATES

IT IS HEREBY ORDERED that the dates for initial disclosures and submission of the Joint Status Report and Discovery Plan are:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 5/8/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 5/15/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 5/22/2018 |

DATED this 20th day of April, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | /s/ Noah T. Barish |
|   | Noah T. Barish |
|   | WSBA No. 52077 |
| 4 | Telephone: 503-821-0960 |
|   | Email: nbarish@mbjlaw.com |
| 5 | MCKANNA BISHOP JOFFE, LLP |
|   | Of Attorneys for Plaintiffs |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

ORDER ON STIPULATED MOTION FOR EXTENSION OF INITIAL SCHEDULING DATES–
No. 2:18-cv-00170-RSM- Page 2

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121